| AO 10 Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Patterson, Jr., Robert P | U.S. District Court, S.D.N.Y. | 06/12/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (senior) | ☐ Nomination, Date <br> ☐ Initial ☒ Annual ☐ Final | 01/01/2006 to 12/31/2006 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. District Court Chambers 2550, 500 Pearl St. New York, NY 10007 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Managers | The Havens Relief Fund Society |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 JUN 18 A 10: 17 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Patterson, Jr., Robert P | 06/12/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | John Hancock | Insurance Policy Loan | J |
| 2. | National Life Insurance | Insurance Policy Loan | J |
| 3. | New England Life (now Met Life) | Insurance Policy Loan | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Patterson, Jr., Robert P | 06/12/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard Group (Keogh) Windsor II Fund | E | Dividend | O | T | | 1/15 | K | | Partial mandatory redemption |
| 2. Vanguard Group (Keogh) Int. Term Corp. Fund | E | Interest | N | T | | 1/15 | K | | Partial mandatory redemption |
| 3. Istar Finl Inc. | B | Dividend | K | T | | | | | |
| 4. Metropolitan Life Ins. | A | Dividend | J | T | | | | | |
| 5. Byron Bergen NY Sched 2.5% 6/15/08 | B | Interest | K | T | | | | | |
| 6. Clarkstown School Dist. 4.5% 4/15/10 | A | Interest | K | T | Buy | 6/22 | L | | |
| 7. Edgemont School Dist. N.Y. 5.50% at 1/15/07 (Greenburgh) | B | Interest | K | T | | | | | |
| 8. Metropolitan Transit Authority 6.0% 7/1/06 | C | Interest | | | Redemption | 7/1 | K | | Redemption |
| 9. New Rochelle City 4% 9/1/03 | B | Interest | K | T | | | | | |
| 10. N.Y. State Env. Fac. 5.6% 9/15/13 | A | Interest | J | T | | | | | |
| 11. N.Y. State Env. Fac. 5.25% 6/15/14 | C | Interest | L | T | | | | | |
| 12. Otsego Cnty NY Indl. Dev. Agy 5.125% 11/1/12 | C | Interest | L | T | | | | | |
| 13. Orleans County, NY 4.9% 12/15/14 | B | Interest | K | T | | | | | |
| 14. Syracuse NY Ref. 3% 10/1/08 | A | Interest | K | T | | | | | |
| 15. New York Tax Free Income Fund | A | Interest | J | T | | | | | |
| 16. Chase Bank IRA Cash Equivalent | A | Interest | J | T | | | | | |
| 17. Chase Bank IRA Cash Equivalent | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Patterson, Jr., Robert P | 06/12/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Green Point Savings Cash Equivalent | A | Interest | J | T | | | | | |
| 19. N.Y. Daily Tax Free Income Fund | B | Interest | L | T | | | | | |
| 20. Aramark Corp. | A | Dividend | | | Sell | 7/28 | K | D | |
| 21. Life Cell Corp. | | None | | | Buy | 5/12 | K | | |
| 22. Life Cell Corp. | | | | | Sell | 12/4 | K | C | Loss |
| 23. Copart, Inc. | | None | K | T | | | | | |
| 24. Dril-Quip Corp. CL-B | | None | K | T | | | | | |
| 25. Harris Stratex Networks, Inc. | | None | K | T | Buy | 5/15 | K | | |
| 26. Cisco Systems, Inc. | | None | K | T | Buy | 3/12 | J | | |
| 27. Cisco Systems, Inc. | | None | K | T | Buy | 4/28 | J | | |
| 28. Exxon Mobil Corp. | B | Dividend | L | T | | | | | |
| 29. Florida East Coast Inds. | A | Dividend | K | T | Partial Sale | 8/15 | J | B | |
| 30. General Electric | A | Dividend | K | T | | | J | | |
| 31. IBM | A | Dividend | K | T | | | | | |
| 32. Istar Financial | B | Dividend | K | T | | | | | |
| 33. Helmerich & Payne Inc. | A | Dividend | K | T | Buy | 9/29 | K | | |
| 34. Kimco Realty | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Patterson, Jr., Robert P | 06/12/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Medco Health Solutions | | None | K | T | | | | | |
| 36. Microsoft Corp. | A | Dividend | K | T | | | | | |
| 37. Questar Corp. | A | Dividend | K | T | partial sale | 7/13 | J | D | |
| 38. Proctor & Gamble | A | Dividend | K | T | Buy | 5/15 | K | | |
| 39. Teleflex Inc. | A | Dividend | K | T | | | | | |
| 40. TESCO Corp. | | None | K | T | Buy | 4/26 | J | | |
| 41. AOL Time Warner | A | Dividend | K | T | | | | | |
| 42. Igene Biotechnology Inc. (WTS) | | None | | T | | | | | Value under $1,000 |
| 43. Brookhaven NY Ind. Devl. 5.6% 12/1/09 | C | Interest | L | T | | | | | |
| 44. N.Y.S. Power Authority 5.625% 1/1/10 | A | Interest | J | T | Redemption | 1/6 | J | | Partial redemption |
| 45. N.Y.S. Twy. Auth. Hwy & Bond 5/1% 4/1/08 | C | Interest | | | Redemption | 4/3 | L | B | Redemption |
| 46. Progress Energy, Inc. | | None | | T | | | | | Value under $1,000 |
| 47. Ultra Life Battery | | None | K | T | Buy | 7/24 | J | | |
| 48. Ultra Life Battery | | None | J | T | Buy | 7/26 | J | | |
| 49. Zoll Medical | | None | K | T | Buy | 5/20 | K | | |
| 50. Air Products & Chemicals | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
| | | | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Patterson, Jr., Robert P | 06/12/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Through an oversight, I failed to list purchases by my ███ of Air Products & Chemicals common stock on my 2005 report.

The purchases in my ███ account were on 3/2/05 and 6/8/05 and were each less than $15,000.

| Name of Person Reporting | Date of Report |
|---|---|
| Patterson, Jr., Robert P | 06/12/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮    Date *June 12, 2007*

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Patterson, Jr., Robert P | U.S. District Court, S.D.N.Y. | 04/25/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (senior) | ☐ Nomination, Date <br> ☐ Initial ☒ Annual ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2006 <br> to <br> 12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. District Court <br> Chambers 2550, 500 Pearl St. <br> New York, NY 10007 | Reviewing Officer_____ Date_____ |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Managers | The Havens Relief Fund Society |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2007 MAY -1 A 9: 52 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Patterson, Jr., Robert P | 04/25/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]     NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X]     NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]     NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Patterson, Jr., Robert P | 04/25/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | John Hancock | Insurance Policy Loan | J |
| 2. | National Life Insurance | Insurance Policy Loan | J |
| 3. | New England Life (now Met Life) | Insurance Policy Loan | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Patterson, Jr., Robert P | 04/25/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard Group (Keogh) Windsor II Fund | E | Dividend | O | T | | 1/15 | K | | Partial mandatory redemption |
| 2. Vanguard Group (Keogh) Int. Term Corp. Fund | E | Interest | N | T | | 1/15 | K | | Partial mandatory redemption |
| 3. Istar Finl Inc. | B | Dividend | K | T | | | | | |
| 4. Metropolitan Life Ins. | A | Dividend | J | T | | | | | |
| 5. Byron Bergen NY Sched 2.5% 6/15/08 | B | Interest | K | T | | | | | |
| 6. Clarkstown School Dist. 4.5% 4/15/10 | A | Interest | K | T | Buy | 6/22 | L | | |
| 7. Edgemont School Dist. N.Y. 5.50% at 1/15/07 (Greenburgh) | B | Interest | K | T | | | | | |
| 8. Metropolitan Transit Authority 6.0% 7/1/06 | C | Interest | | | Redemption | 7/1 | K | | Redemption |
| 9. New Rochelle City 4% 9/1/03 | B | Interest | K | T | | | | | |
| 10. N.Y. State Env. Fac. 5.6% 9/15/13 | A | Interest | J | T | | | | | |
| 11. N.Y. State Env. Fac. 5.25% 6/15/14 | C | Interest | L | T | | | | | |
| 12. Otsego Cnty NY Indl. Dev. Agy 5.125% 11/1/12 | C | Interest | L | T | | | | | |
| 13. Orleans County, NY 4.9% 12/15/14 | B | Interest | K | T | | | | | |
| 14. Syracuse NY Ref. 3% 10/1/08 | A | Interest | K | T | | | | | |
| 15. New York Tax Free Income Fund | A | Interest | J | T | | | | | |
| 16. Chase Bank IRA Cash Equivalent | A | Interest | J | T | | | | | |
| 17. Chase Bank IRA Cash Equivalent | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Patterson, Jr., Robert P | 04/25/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Green Point Savings Cash Equivalent | A | Interest | J | T | | | | | |
| 19. N.Y. Daily Tax Free Income Fund | B | Interest | L | T | | | | | |
| 20. Aramark Corp. | A | None | | | Sell | 7/28 | K | D | |
| 21. Life Cell Corp. | | | | | Buy | 5/12 | K | | |
| 22. Life Cell Corp. | | | | | Sell | 12/4 | K | C | Loss |
| 23. Copart, Inc. | | None | K | T | | | | | |
| 24. Dril-Quip Corp. CL-B | | None | K | T | | | | | |
| 25. Harris Stratex Networks, Inc. | | None | K | T | Buy | 5/15 | | | |
| 26. Cisco Systems, Inc. | | None | K | T | Buy | 3/12 | J | | |
| 27. Cisco Systems, Inc. | | None | K | T | Buy | 4/28 | J | | |
| 28. Exxon Mobil Corp. | B | Dividend | L | T | | | | | |
| 29. Florida East Coast Inds. | A | Dividend | K | T | Partial Sale | 8/15 | J | B | |
| 30. General Electric | A | Dividend | K | T | | | J | | |
| 31. IBM | A | Dividend | K | T | | | | | |
| 32. Istar Financial | B | Dividend | K | T | | | | | |
| 33. Helmerich & Payne Inc. | A | Dividend | K | T | | 9/29 | K | | |
| 34. Kimco Realty | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Patterson, Jr., Robert P | 04/25/2007 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Medco Health Solutions | | None | K | T | | | | | |
| 36. Microsoft Corp. | A | Dividend | K | T | | | | | |
| 37. Questar Corp. | A | Dividend | K | T | partial sale | 7/13 | J | D | |
| 38. Proctor & Gamble | A | Dividend | K | | Buy | 5/15 | | | |
| 39. Teleflex Inc. | A | Dividend | K | T | | | | | |
| 40. TESCO Corp. | | None | K | T | Buy | 4/26 | J | | |
| 41. AOL Time Warner | A | Dividend | K | T | | | | | |
| 42. Igene Biotechnology Inc. (WTS) | | None | | T | | | | | Value under $1,000 |
| 43. Brookhaven NY Ind. Devl. 5.6% 12/1/09 | C | Interest | L | T | | | | | |
| 44. N.Y.S. Power Authority 5.625% 1/1/10 | A | Interest | J | T | Redemption | 1/6 | J | | Partial redemption |
| 45. N.Y.S. Twy. Auth. Hwy & Bond 5/1% 4/1/08 | C | Interest | | | Redemption | 4/3 | L | B | Redemption |
| 46. Progress Energy, Inc. | | None | | T | | | | | Value under $1,000 |
| 47. Ultra Life Battery | | None | K | T | Buy | 7/24 | J | | |
| 48. Ultra Life Battery | | None | | | Buy | 7/26 | J | | |
| 49. Zoll Medical | | None | K | T | | 5/20 | J | | |
| 50. Air Products & Chemicals | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Patterson, Jr., Robert P | 04/25/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Through an oversight, I failed to list purchases by ███████ of Air Products & Chemicals common stock on my 2005 report.

The purchases in ███████ account were on 3/2/05 and 6/8/05 and were each less than $15,000.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date _April 25, 2007_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544